UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20-cv-61760-RS

TYLER CARBONELLI, individually
and on behalf of all others similarly situated,   **CLASS ACTION**

    *Plaintiff*,

vs.

AMERICAN AUTO REPAIR COVERAGE, LLC,   **JURY TRIAL DEMANDED**
a Missouri Corporation,
d/b/a AMERICAN AUTO REPAIR,

    *Defendant*.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE ECF NO. 9

Plaintiff, Tyler Carbonelli and Defendant American Auto Repair Coverage, LLC hereby files this Joint Response Order to Show Cause [ECF No. 9], as follows:

1. This Court issued and Order Requiring the parties to file a Joint Scheduling Report, and their Certificates of Interested Parties and Corporate Disclosure Statements by December 18, 2020 [ECF No. 4].

2. Plaintiff filed his Certificate of Interested Parties and Corporate Disclosures Statement ("CIP") on December 18, 2020 [ECF No. 8].

3. On January 4, 2021, this Court issued an Order to Show requiring the parties to file their Joint Scheduling Report, certificates of Interested Parties and Corporate Disclosure Statements or show cause why they should not be sanctioned for failing to comply with a Court order [ECF No. 9].

4. The parties filed their Joint Scheduling Report on January 4, 2021, [ECF No. 10].

1

5. Defendant will file a Certificate of Interested Parties and Corporate Disclosures Statement today.

6. The parties apologize for inconveniencing the court through the late-filing of the Joint Scheduling Report and Defendant's CIP.

7. The parties respectfully request that the Court find that they have satisfied the Order to Show Cause through this response.

Dated: January 11, 2021                                  Respectfully submitted,

/s/ Seth M. Lehrman
Seth M. Lehrman (FBN 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*

/s/ Edward A. Maldonado
Edward A. Maldonado (FBN 0129781)
Email: eam@maldonado-group.com
The Law Office of Edward A. Maldonado, PA
2850 Douglas Road, Suite 303
Coral Gables, FL 33134
Telephone: 304-477-7580 ex 214

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on January 11, 2021, and will be served on the following individual(s) through the ECF system and/or email.

/s/ Seth M. Lehrman
Seth M. Lehrman, Esq.

## SERVICE LIST

Edward A. Maldonado, Esq. (FBN 0129781)
E-mail: eam@maldonado-group.com
THE LAW OFFICE OF EDWARD A. MALDONADO, PA
2850 Douglas Road, Suite 303
Coral Cables, Florida 33134
Telephone: 305-477-7580 x214
Facsimile: 561-835-9602

*Attorneys for Defendant*