**UNITED STATES DISTRICT COURT**
**SOUTHERN JURISDICTION OF FLORIDA**

**CASE NO. 0:20-cv-61760-RS**

TYLER CARBONELLI, individually
and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

AMERICAN AUTO REPAIRCOVERAGE, LLC,

    a Missouri
    Corporation,
d/b/a AMERICAN AUTO REPAIR,

    *Defendant*.

_____/

## DEFENDANT AMERICAN AUTO REPAIR COVERAGE, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, American Auto Repair Coverage, LLC, a Missouri Limited Liability Company, *d/b/a* AMERICAN AUTO REPAIR's ("Defendant American Auto Repair") by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby submit this Certificate of Interested Parties and Defendant's Corporate Disclosure Statement.

### CERTIFICATE OF INTERESTED PARTIES

The following persons and legal entities have a financial interest in the outcome of this case:

1. Plaintiff, Tyler Carbonelli

2. Edwards Pottinger LLC, Counsel for Plaintiff

3. Seth M Lehrman, Counsel for Plaintiff

4. Defendant, American Auto Repair Coverage, LLC, a Missouri Limited Liability Company

5. The Law Office of Edward A. Maldonado, PA, Counsel for Defendant

6. Edward A. Maldonado, Counsel for Defendant

## CORPORATE DISCLOSURE STATEMENT

Defendant, American Auto Repair Coverage, LLC, a Missouri Limited Liability Company, *d/b/a* American Auto Repair hereby certifies that there is no parent corporation of American Auto Repair Coverage, LLC. and there is no publicly held corporation owning 10% or more of its stock. Defendant is not aware of any other party or corporation owning 10% or more of stock of any of the parties in this dispute as plaintiff is a natural person.

Respectfully Submitted this **January 11, 2021**.

    The Law Office of Edward A. Maldonado, PA

    By: */s/ Edward A. Maldonado*
        Edward A. Maldonado, Esq.
        FBN # 0129781
        2850 Douglas Road, Suite 303
        Coral Gables, FL 33134
        Telephone:305-477-7580
        e-mail:eam@maldonado-group.com

    *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 11, 2021**, I electronically filed the foregoing *Defendant American Auto Repair Coverage, LLC'S Certificate of Interested Parties and Corporate Disclosure Statement* via the Court's CM/ECF system, which will electronically serve all parties and counsel of record.

## SERVICE LIST

Mr. Seth M. Lehrman, Esq. (FBN 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*.


By: */s/ Edward A. Maldonado*
      Edward A. Maldonado, Esq.
      FBN # 0129781