### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 0:20-cv-61760-RS

TYLER CARBONELLI, individually
and on behalf of all others similarly situated,                **CLASS ACTION**

     *Plaintiff*,

vs.

AMERICAN AUTO REPAIR COVERAGE, LLC,               **JURY TRIAL DEMANDED**
a Missouri Corporation,
d/b/a AMERICAN AUTO REPAIR,

     *Defendant*.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Tyler Carbonelli, through counsel hereby informs

the Court that the parties have reached a settlement of Plaintiff's individual claims in this matter.

The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon

full execution of the same, the parties will file the appropriate dismissal documents with the Court.


Dated: July 6, 2021                                        Respectfully submitted,

                                              */s/ Seth M. Lehrman*
                                              Seth M. Lehrman (FBN 132896)
                                              E-mail: seth@epllc.com
                                              EDWARDS POTTINGER LLC
                                              425 North Andrews Avenue, Suite 2
                                              Fort Lauderdale, FL 33301
                                              Telephone: 954-524-2820
                                              Facsimile: 954-524-2822

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on July 6, 2021, and will be served on the following individual(s) through the ECF system and/or email.

/s/ Seth M. Lehrman
Seth M. Lehrman, Esq.

## SERVICE LIST

Edward A. Maldonado, Esq. (FBN 0129781)
E-mail: eam@maldonado-group.com
THE LAW OFFICE OF EDWARD A. MALDONADO, PA
2850 Douglas Road, Suite 303
Coral Cables, Florida 33134
Telephone: 305-477-7580 x214
Facsimile: 561-835-9602

*Attorneys for Defendant*