UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61760-CIV-SMITH

TYLER CARBONELLI, *individually*
*and on behalf of all others similarly situated,*

    Plaintiff,

v.

AMERICAN AUTO REPAIR
COVERAGE, LLC,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 18], indicated that the parties have reached a settlement regarding Plaintiff's individual claims. Upon consideration, it is hereby

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 29, 2021**. Failure to comply with this Order may result in the final dismissal of this case without further notice.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record