UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61760-CIV-SMITH

TYLER CARBONELLI, *individually*
*and on behalf of all others similarly situated*,

      Plaintiff,

v.

AMERICAN AUTO
REPAIR COVERAGE, LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the parties Stipulation of Dismissal [DE 20]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's individual capacity claims against Defendant are **DISMISSED with prejudice**. Any class claims alleged against Defendant are **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 29th day of July, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record